UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS, | Case No. 0:25-cv-62187-RS<br>test motion |

Defendant Columbia Debt Recovery LLC d/b/a Genesis ("Defendant"), by and through undersigned counsel, answers the Class Action Complaint as follows. All allegations not expressly admitted are denied.

RESPONSES TO NUMBERED ALLEGATIONS

1. Defendant admits that Plaintiff purports to bring a putative class action alleging violations of the Telephone Consumer Protection Act. Defendant denies that it violated the TCPA or any other law.

2. Defendant admits that Congress enacted the TCPA. Defendant denies all remaining allegations.

3. Denied.

4. Denied.

5. Defendant admits that this Court has subject-matter jurisdiction over claims arising under the Telephone Consumer Protection Act pursuant to 28 U.S.C. § 1331, but denies that Plaintiff has Article III standing to pursue the claims asserted.

6. Defendant admits that this Court may exercise personal jurisdiction over Defendant for purposes of this action.



DobinLaw, P.S.
Marc S. Dobin
9123 NE Juanita Dr
Unit 411
Kirkland, WA. 98034
561.575.5880

7. Defendant admits that venue is proper in this District pursuant to 28 U.S.C. § 1391, but denies that Plaintiff is entitled to any relief in this forum.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies them.

9. Defendant admits that it is a Washington limited liability company with its principal place of business in Snohomish County, Washington. All remaining allegations are denied.

10. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

11. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

12. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

13. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

14. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies them.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.



DobinLaw, P.S.
Marc S. Dobin
9123 NE Juanita Dr
Unit 411
Kirkland, WA. 98034
561.575.5880

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Defendant admits Plaintiff purports to reserve rights. All remaining allegations are denied.

34. Defendant admits Plaintiff purports to exclude certain persons from the proposed class. Defendant denies that any class should be certified.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.



DobinLaw, P.S.
Marc S. Dobin
9123 NE Juanita Dr
Unit 411
Kirkland, WA. 98034
561.575.5880

42. Defendant incorporates its responses to Paragraphs 1 through 41 as if fully set forth herein.

43. The allegations in this paragraph constitute legal conclusions and argument, not statements of fact, and therefore require no response. To the extent a response is deemed required, the allegations are denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE (Lack of Article III Standing)

Plaintiff lacks Article III standing because Plaintiff has not suffered a concrete, particularized injury traceable to Defendant's conduct, as required by applicable constitutional standards.

SECOND AFFIRMATIVE DEFENSE (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted under the Telephone Consumer Protection Act.

THIRD AFFIRMATIVE DEFENSE (No Use of an ATDS or Prerecorded Voice)

Defendant did not use an automatic telephone dialing system or an artificial or prerecorded voice within the meaning of 47 U.S.C. § 227(a), as construed by controlling authority.



DobinLaw, P.S.
Marc S. Dobin
9123 NE Juanita Dr
Unit 411
Kirkland, WA. 98034
561.575.5880

FOURTH AFFIRMATIVE DEFENSE (Consent)

Any calls at issue were made with prior express consent or other lawful authorization sufficient to defeat liability under the TCPA.

FIFTH AFFIRMATIVE DEFENSE (No Willful or Knowing Conduct)

Defendant did not act willfully or knowingly, and Plaintiff is therefore not entitled to enhanced or treble damages under the TCPA.

SIXTH AFFIRMATIVE DEFENSE (Reasonable Compliance / Good Faith)

Defendant maintained and implemented reasonable policies, procedures, and practices designed to comply with the TCPA and applicable FCC regulations.

SEVENTH AFFIRMATIVE DEFENSE (Statute of Limitations)

Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

EIGHTH AFFIRMATIVE DEFENSE (Arbitration / Class Waiver)

Plaintiff's claims may be subject to arbitration provisions, class action waivers, or releases that bar this action in whole or in part.

WHEREFORE, Defendant respectfully requests that the Complaint be dismissed with prejudice, that class certification be denied, that Defendant be awarded its costs as permitted by law, and that the Court grant such other and further relief as it deems just and proper.

DATED: December 30, 2025

Respectfully submitted,

DOBINLAW, P.S.

/s/ *Marc S. Dobin*

Marc S. Dobin, FBN: 997803
Attorney for Defendant Columbia Debt Recovery, LLC
9123 NE Juanita Drive
Unit 411
Kirkland, WA. 98034
Phone: 561.575.5880
Email: mdobin@dobinlaw.com

## CERTIFICATE OF SERVICE

I certify that on December 30, 2025, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served on the following via the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Marc S. Dobin*

Marc S. Dobin



DobinLaw, P.S.
Marc S. Dobin
9123 NE Juanita Dr
Unit 411
Kirkland, WA. 98034
561.575.5880